KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WENJIE LI, | ) |
| | ) |
| Plaintiff, | ) No. C 06-6363 CW |
| | ) |
| v. | ) |
| | ) **STIPULATION TO DISMISS AND** |
| MICHAEL CHERTOFF, Secretary of the | ) **ORDER** |
| Department of Homeland Security, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C 06-6363 CW

| | | |
|---|---|---|
| 1 | Date: November 9, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |

                                      /s/
                              EDWARD A. OLSEN
                              Assistant United States Attorney
                              Attorneys for Defendants

Date: November 9, 2006                /s/
                              JUSTIN X. WANG
                              Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 11/13/06

*/s/ Claudia Wilken*
CLAUDIA WILKEN
United States District Judge

Stipulation to Dismiss
C 06-6363 CW